UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN NEVAREZ,

        Plaintiff,

  -v-

Superintendent C. HUNT, Corr. Officer WALKER,
Corr. Officer TORRENS, Corr. Officer BURGER
and Corr. Officer MARTINEZ,

        Defendants.

DECISION AND ORDER
10-CV-6321L

---

    Assistant Attorney General Richard Benitez has informed the Court that defendant Hunt has retired from the Department of Corrections and indicated that service forms and pleadings may be forwarded to William M. Gonzalez, Deputy Counsel, Department of Corrections, who will forward the pleadings to the defendant and request his authority to acknowledge service on his behalf.

    The Clerk of Court is directed to forward a copy of the Complaint, Summons and this Order to the Marshals Service for service on defendant Hunt in care of William M. Gonzalez, Deputy Counsel, Department of Corrections, The Harriman State Campus, Building 2, 1220 Washington Ave., Albany, NY 12226-2050.

    IT IS SO ORDERED.

                                            DAVID G. LARIMER
                                            United States District Judge

DATED: November 18, 2010
        Rochester, New York

-PS-O-